

JOHN D. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE CRIMINAL COMPLAINT REGARDING LETICIA AGUIRRE TYRRELL | MJ 18-26-BLG-TJC<br><br>MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR CRIMINAL COMPLAINT |
|---|---|

The United States, represented by Assistant U.S. Attorney John D. Sullivan, moves this Court to seal this case and all pleadings in it, including the criminal complaint and supporting affidavit. Revealing the information contained in the complaint and affidavit would expose the identity of a confidential informant who assisted law enforcement during the course of this investigation. Although the informant's name is not disclosed in the affidavit, his/her identity would be readily apparent to individuals familiar with Tyrrell's alleged drug-trafficking activity.

1

Exposing the CI's identity could subject him/her to intimidation or retaliation. Furthermore, the revelation of the details contained in the affidavit could negatively affect the integrity of an ongoing drug-trafficking investigation.

The United States also requests that this matter be unsealed upon Tyrrell's initial appearance.

DATED this 25th day of June, 2018.

                KURT G. ALME
                United States Attorney

                /s/ John D. Sullivan
                JOHN D. SULLIVAN
                Assistant U.S. Attorney